USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIELA MATOS,

                Plaintiff,

v.

CITY OF NEW YORK *et al.*,

                Defendant.

No. 19-CV-7691 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons discussed during today's telephone conference, Plaintiff's motion for leave to amend and to serve Defendant Wellington Feliz is granted. Dkt. 18. Plaintiff shall file the amended complaint by end of day today, and the parties shall submit a revised case management plan no later than April 2, 2020.

SO ORDERED.

Date: March 30, 2020
       New York, NY

_____
Ronnie Abrams
United States District Judge