UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3-10-21
```

MARIELA MATOS,

                    Plaintiff,

        v.

CITY OF NEW YORK, *et al.*,

                    Defendants.

19-CV-7691 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    It is hereby ordered that all parties appear for a conference on Monday, March 15, 2021 at 2:00 pm to discuss Defendants' pending motion to dismiss. See Dkt. 33.  The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    March 10, 2021
             New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge