UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

MARIELA MATOS,

                Plaintiff,

v.

CITY OF NEW YORK, *et al.*,

                Defendants.

19-CV-7691 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons provided at today's proceeding, Defendants' partial motion to dismiss is GRANTED. If Plaintiff wishes to file a second amended complaint, she must do so no later than April 14, 2021. Defendants shall file their answer no later than May 5, 2021.

    No later than March 22, 2021, the parties shall file a joint letter informing the Court whether they wish to pursue settlement discussions, either before Magistrate Judge Wang or through the Southern District's Mediation Program.

    The Clerk of Court is respectfully directed to terminate the motion pending at docket entry 33.

SO ORDERED.

Dated:    March 15, 2021
             New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge