| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIERLA MATOS,

           Plaintiff,

v.

CITY OF NEW YORK, *et al.*,

           Defendants.

19-CV-7691 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 15, 2021, the Court granted Defendants' partial motion to dismiss and granted Plaintiff until April 15, 2021 to file a second amended complaint. Dkt. 41. Plaintiff did not file a second amended complaint. The amended complaint at docket entry 22 will thus remain the operative complaint. No later than May 12, 2021, the parties shall submit to the Court a revised case management plan setting forth updated discovery deadlines.

SO ORDERED.

Dated:    April 28, 2021
            New York, New York

                                                    RONNIE ABRAMS
                                                    United States District Judge