UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

MARIELA MATOS,

            Plaintiff,

v.

CITY OF NEW YORK, *et al.*,

            Defendants.

19-CV-7691 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On June 16, 2021, the Court granted the parties an extension until July 5, 2021, to file their proposed case management plan. To date, the parties have not done so. The Court will grant the parties another extension of one week. No later than July 20, 2021, shall file a joint proposed case management plan.

SO ORDERED.

Dated:    July 13, 2021
            New York, New York

                                                    RONNIE ABRAMS
                                                    United States District Judge