UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIELA MATOS, | |
| Plaintiff, | No. 19-CV-7691 (RA) |
| v. | ORDER |
| THE CITY OF NEW YORK, et al., | |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

In light of the referral of this matter to Judge Wang for general pretrial management, the conference originally scheduled for October 7, 2022 is hereby adjourned sine die.

SO ORDERED.

Dated:   October 6, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge