

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007-2601 | **John F. Walpole**<br>Labor and Employment Law Division<br>phone: (212) 356-2470<br>email: jwalpole@law.nyc.gov |

February 24, 2023

**BY ECF**

Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED.**

      Re:    <u>Matos v. City of New York, et al.</u>
              Civil Action No.: 19 Civ. 7691 (RA) (OTW)

Dear Judge Wang:

      I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney assigned to represent Defendants in the above-referenced action.  Defendants write to seek an adjournment of the settlement conference currently scheduled for March 8, 2023, at 2:00 p.m.  <u>See</u> ECF No. 86.  This is the first adjournment request.

      Defendants deeply regret that owing to defense counsel's recent health issues, including two visits to the emergency room, and other demands upon counsel, they require additional time to prepare for the settlement conference.  Accordingly, Defendants respectfully requests that the settlement conference set for March 8, 2023, be adjourned to a date after March 29, 2023, that is convenient to the Court.  No other dates will be impacted by this request.

      Plaintiff's position is as follows: "Plaintiff, very reluctantly, consents to this adjournment as this conference date has been scheduled for some time.  Plaintiff respectfully requests that the Court try to reschedule the conference as soon as possible as the parties in January agreed to stay discovery to cut costs in anticipation of resolution at this conference."

I thank the Court for its consideration of this request.

Respectfully submitted,

By:        /s/
John F. Walpole
Assistant Corporation Counsel

cc: All counsel of record (via ECF)

Application **GRANTED**. The Settlement Conference previously scheduled for Wednesday, March 8, 2023, is hereby adjourned to **Monday, April 3, 2023 at 1:00 p.m.**

**SO ORDERED.**

_____
Ona T. Wang       3/2/23
U.S.M.J.

2